IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DARRELL W. HEARD, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:17-cv-01248 |
| | ) Judge Trauger |
| TONY PARKER, ET AL., | ) |
| Defendants. | ) |

## O R D E R

On August 10, 2017, the magistrate judge issued a Report and Recommendation (DE #51), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that defendant Limbird's Motion for Summary Judgment (Docket No. 14) is GRANTED, and all claims against this defendant are DISMISSED with prejudice.

It is so **ORDERED.**

Enter this 27th day of August 2018.

_____
ALETA A. TRAUGER
U.S. District Judge